1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                )
                                            )
9              Plaintiff,                    )
                                            )
10         v.                                )      3:13-CR-030-RCJ-(VPC)
                                            )
11  JEFFREY DAVID ECK,                       )
                                            )
12             Defendant.                    )
_____

13

14                    **PRELIMINARY ORDER OF FORFEITURE**

15         This Court finds that on June 17, 2013, defendant JEFFREY DAVID ECK pled guilty to

16  Count One of a One-Count Superseding Criminal Information charging him with Attempted

17  Production of Child Pornography in violation of Title 18, United States Code, Section 2251(a).

18  Superseding Information, ECF No. 23; Change of Plea, ECF No. 20; Plea Agreement, ECF No. 24.

19         This Court finds defendant JEFFREY DAVID ECK agreed to the forfeiture of the property set

20  forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information.

21  Superseding Information, ECF No. 23; Change of Plea, ECF No. 20; Plea Agreement, ECF No. 24.

22         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

23  has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

24  Allegation of the Superseding Criminal Information and the offense to which defendant JEFFREY

25  DAVID ECK pled guilty.

26  . . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1.  PNY Micro SD Card;

2.  Black Pen Camera with Gold Trim, with video and USB connector and charger;

3.  Various CDs and DVDs;

4.  Samsung Cell Phone (Serial No. A3LSPHM830);

5.  Sony PS3 (Serial No. CG820926139CECH2501A);

6.  Sony Alarm with possible hidden camera;

7.  Acer Laptop (Serial No. LXR9702166118195901601);

8.  Several Thumb Drives;

9.  Small Clock with White Face and Video Camera Built In;

10. Garmin Nuvi (Serial No. 17A261253) and cord;

11. Seagate External Harddrive (Serial No. NA41Q8LS); and

12. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JEFFREY DAVID ECK in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

1  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

2  name and contact information for the government attorney to be served with the petition, pursuant to

3  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

5  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

6  Virginia Street, 3rd Floor, Reno, NV 89501.

7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

8  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

9  following address at the time of filing:

10         Greg Addington
       Assistant United States Attorney

11         100 West Liberty Street, Suite 600
       Reno, NV 89501

12

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

14  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

15  following publication of notice of seizure and intent to administratively forfeit the above-described

16  property.

17      DATED this 9th day of July, 2013.

18

19

20

21                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26