**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 3:13-CR-030-RCJ-(VPC) |
| JEFFREY DAVID ECK, | ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On July 9, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant JEFFREY DAVID ECK to the criminal offense, forfeiting specific property alleged in the Superseding Information and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant JEFFREY DAVID ECK pled guilty. Superseding Information, ECF No. 23; Change of Plea, ECF No. 20; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 28.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 19, 2013, through August 17, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
9  853(n)(7) and shall be disposed of according to law:
10           1.   PNY Micro SD Card;
11           2.   Black Pen Camera with Gold Trim, with video and USB connector and charger;
12           3.   Various CDs and DVDs;
13           4.   Samsung Cell Phone (Serial No. A3LSPHM830);
14           5.   Sony PS3 (Serial No. CG820926139CECH2501A);
15           6.   Sony Alarm with possible hidden camera;
16           7.   Acer Laptop (Serial No. LXR9702166118195901601);
17           8.   Several Thumb Drives;
18           9.   Small Clock with White Face and Video Camera Built In;
19           10.  Garmin Nuvi (Serial No. 17A261253) and cord;
20           11.  Seagate External Harddrive (Serial No. NA41Q8LS); and
21           12.  any book, magazine, periodical, film, videotape, or other matter which contains
22                any such visual depiction, which was produced, transported, mailed, shipped or
23                received in violation of Title 18, United States Code, Section 2252A.
24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
25  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
26  . . .

income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 17 day of ~~September,~~ October, 2013.

_____
UNITED STATES DISTRICT JUDGE